ZULMA POWELL, Appellant, v. ELENA DE ANGELIS WATERS, Individually and as Administratrix, etc., of ALEXANDER W. WATERS, Deceased, and Others, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ.

ISABELLA E. PURNELL, Respondent, v. WILLIAM A. PURNELL, Appellant.— Order modified so as to award $20 a week alimony from the date of the entry of the order appealed from, and a counsel fee of $200; and as so modified affirmed, without costs. No opinion. Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LOUIS ROSINSKY, Appellant.— Judgment of conviction of the Court of Special Sessions reversed on the law and the facts, and defendant discharged. There is no evidence in the record to show that Bidder, the man alleged to have been struck, suffered any " bodily injury," as subdivision 2 of section 244 of the Penal Law requires before conviction can be had under that section and subdivision. Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRANCIS X. GARVEY, Relator, v. RICHARD E. ENRIGHT, as Police Commissioner of the Police Department of the City of New York, Respondent.— Writ sustained. Determination reversed as contrary to the evidence, and relator reinstated, with fifty dollars costs. Kelly, P. J., Rich, Manning, Young and Kapper, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ARTHUR H. GOLDSMITH, Overseer of the Poor, Respondent, v. DAVID E. NEEREAMER, Appellant.— Order of filiation of the Children's Court, Nassau county, unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

EDNA M. ROBINSON, Appellant, v. CARLYLE R. ROBINSON, Respondent.— Order denying motion to punish defendant for contempt affirmed, without costs. No opinion. Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ., concur.

LAURA RODRIGUEZ, Respondent, v. MORRIS JACOBY, Appellant.— Judgment and order affirmed, with costs. We think the jury could say that the opening in the fire escape railing shown on the photograph did not exist at the time of the accident, and that the ladder was not on the fire escape when plaintiff was injured. Manning, Kelby, Young and Kapper, JJ., concur; Kelly, P. J., dissents, and votes to reverse and for a new trial, upon the ground that the verdict of the jury that the ladder leading from the fire escape to the ground was not in place was contrary to the evidence.

CARMEN RODRIGUEZ, Respondent, v. MORRIS JACOBY, Appellant.— Judgment and order affirmed, with costs, on authority of *Rodriguez* v. *Jacoby* (*ante*, p. 896), decided herewith. Manning, Kelby, Young and Kapper, JJ., concur; Kelly, P. J., dissents, and votes to reverse, upon the ground stated in *Rodriguez* v. *Jacoby* (*ante*, p. 896).

GEORGINA RODRIGUEZ, Respondent, v. MORRIS JACOBY, Appellant.— Judgment and order affirmed, with costs, on authority of *Rodriguez* v. *Jacoby* (*ante*, p. 896), decided herewith. Manning, Kelby, Young and Kapper, JJ., concur; Kelly, P. J., dissents, and votes to reverse, upon the ground stated in *Rodriguez* v. *Jacoby* (*ante*, p. 896).